George F. Keller et al., appellees, v. Adam J. Ensinger et al., defendants. Marion Ensinger and Doris Travis Glen, appellants. Gen. No. 39,771.

Heard in the third division of this court for the first district at the October term, 1937. Opinion filed October 26, 1938.

Charles M. Haft, for appellants. Kriebel, Kewley & Hubbard and Albert E. Jenner, Jr., for certain appellees.

Mr. Presiding Justice Hall delivered the opinion of the court.

Harry Gold et al., appellants, v. Metropolitan Trust Company et al., appellees. Gen. No. 39,863.

Heard in the third division of this court for the first district at the December term, 1937. Opinion filed October 26, 1938. Rehearing denied November 9, 1938.

Millard C. Eiseman, for certain appellants; Louis I. Lewis, of counsel. Samuel Fumel, for certain other appellant; Abraham Miller, of counsel. Franklin Raber, for certain other appellant. Rothbart & Rosenfield, for certain appellee. Kelly & Cohler, for certain other appellee. Maurice A. Barancik, for certain other appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

Richard Wagner Jr., minor by Richard Wagner Sr., his father and next friend, appellee, v. Guy Macelli and William N. Erickson. Appeal of William N. Erickson, appellant. Gen. No. 39,975.

Heard in the third division of this court for the first district at the February term, 1938. Opinion filed October 26, 1938.

Andreen, Winstin & Mead, for appellant; Charles W. Mead and Gustav Andreen, Jr., of counsel. Norman Peters and Leo G. Hanna, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.